IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARNOLD D. DARDEN (TDCJ No. 1290607), | § § § | |
| Petitioner, | § § | |
| V. | § § | No. 3:16-cv-3361-M-BN |
| LORIE DAVIS, Director Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § § | |

**ORDER WITHDRAWING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

This case has been referred to the undersigned United States magistrate judge for pretrial management pursuant to 28 U.S.C. § 636(b). On December 6, 2016, the undersigned recommended that Petitioner Arnold D. Darden's motion for leave to proceed *in forma pauperis* [Dkt. No. 4] be denied and that he be ordered to pay the $5.00 statutory filing fee within 21 days after any order adopting that recommendation. *See* Dkt. No. 6. Because the filing fee has now been paid, the Findings, Conclusions, and Recommendation of the Magistrate Judge [Dkt. No. 6] is WITHDRAWN.

SO ORDERED.

DATED: December 21, 2016

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE