IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARNOLD D. DARDEN (TDCJ No. 1290607),<br><br>Petitioner,<br><br>V.<br><br>LORIE DAVIS, Director Texas Department of Criminal Justice, Correctional Institutions Division,<br><br>Respondent. | § § § § § § § § § § § § § § § |

No. 3:16-CV-3361-M

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. An objection was filed by Petitioner. The District Court reviewed *de novo* those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made, and reviewed the remaining proposed Findings, Conclusions, and Recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 17TH day of January, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE